JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

JOSE SEVILLA,  ) Case No: 2:26-cv-01009-DFM
    Plaintiff,  )
             )
      vs.  ) **JUDGMENT**
             )
FRANK BISIGNANO,  )
Commissioner of Social Security,  )
             )
    Defendant.  )
_____ )

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 30, 2026 _____
          HON. DOUGLAS F. MCCORMICK
          UNITED STATES MAGISTRATE JUDGE